NOTICE OF MOTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK DOC # 21

BEN SONG
USPS Clerk ,

Plaintiff,

-against-
John E Potter
Postmaster general, USPS New York metro,

Defendants.

NOTICE OF MOTION
05 Civ. 8132 (LAK) (THK)
06 Civ 904 (LAK) (THK)

**MEMO ENDORSED**

SIRS:

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of _BEN SONG_, sworn to or affirmed _07/11_, 20_07_ and upon the complaint herein, plaintiff will move this Court, _LEWIS A. KAPLAN_, U.S.D.J., in room _12D_, United States Courthouse, New York, New York 10007, on the _____ day of _____, 20 ___, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to rule_____ of the Federal Rules of Civil Procedure granting:

I want to have a motion to compel the defendant to present the necessary documents to me or to this Court (if the documents is confidential to me). Such documents includes ① The W-2 form or PS Form 1223-B of the clerks in LB branch post office, or any kind annual statistical information about the wage, work hour, overtime of work of every clerk in LBPO from 1997 to 2005 ② All the 3917 forms or disciplinal issues issued by Mr. Olean Prekope to clerks in LBPO. when Mr. G Prekopa was a delivery supervision in LBPO.

Dated: _07/11/2007_

Motion denied. It was filed untimely, after discovery had been completed. Moreover, it raises issues previously addressed by the Court, is overbroad, and seeks information with too little or no relevance to plaintiff's claims.

Ben Song /Ben
Plaintiff Pro Se

99-30.59 ave apt 22
Address

RegoPark. NY 11368
City, State, Zip Code

718 271 0357
Phone Number

**SO ORDERED**

11/17/08 _Theodore H. Katz_
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

**MEMO ENDORSED**

PRO SE OFFICE

COPIES MAILED
TO COUNSEL OF RECORD ON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

BEN SONG
USPS Clerk,

         Plaintiff,

     -against-

John E Potter
Postmaster general, USPS New York metro,

        Defendants.

---------------------------------------------------X

**AFFIDAVIT/AFFIRMATION**

05 Civ. 8132 (LAK) (THK)
06 Civ 904 (LAK) (THK)

STATE OF NEW YORK    )
COUNTY OF         ) SS.:

    I, _____BEN SONG_____ , [being duly sworn] deposes and says [or: makes the following affirmation under the penalties of perjury]:

    I, _____BEN SONG_____ , am plaintiff in the above entitled action, and respectfully move this Court to issue an order _to compel the defendant to present the necessary documents to me or to court_ The reason why I am entitled to the relief I seek is the following: _Such documents include (1) the W-2 forms or the earnings statements (PS form 1223-B) or any kind annual statistical information about wage, work hours, overtime work hours of each clerk in Long Beach Post office (LBPO) from 1997 to 2005 (2) the PS 3971 forms or disciplinal issues, issues by Mr G Prokopa to the clerks in LBPO, When Mr G Prokopa was a delivery supervision in LBPO. because these documents are the necessary evidences to support my complain and will be used in my further motion or the response to the defendants motion. ("the detail explaintion is in my attached paper " the reason for this motion"._

    WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief and may be just and proper.

Sworn to before me this
day of **07/ 11** , 20 **07**

                                print your name

---

OR:  I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/11/2007**

                                Ben Song
                                print your name

The reason for this motion                    07/11/2007   by BZN ScnG

In this motion. I request a court motion to compel the defendant to present the necessary documents to me, or to this court if the documents is confidental to me now. Such documents includes ① The W-2 forms, or the earnings statements (PS form 1223-B), or any kind annual statistical information about Wage, work hours, overtime work hours of each clerk in Long Beach post office (LBPO) from 1997 to 2005 ② the PS 3917 form or disciplinal issues, issued by Mr G Prekopa to clerks in LBPO, when Mr. G prekopa was a deliver supervisor in LBPO. In the affirmation of the motion I said these documents are the necessary evidences to support my complain and will be used in my further motion, or the response to the defendant's motion. Now I am explaining the reason:

*related to attendance* (inserted above "issues")

In the attached paper appellants brief to EEOC by Ms. Dawei Jongsun, ZS9 on 10/01/2004, *for case 05 CV 8NY* Ms D Jongsun (attorney) "being assigned less work hours." "appellant was again treated differently by supervisor Mr G Prekopa ...... supervisor Mr G prekopa demanded appellant to fill out a form 3791 to report his lateness ...... supervisor Mr. G Prekopa insisted on his unreasonable order. No other clerks was required by Supervisor Glenn except appellant." ........ as the fact of discrimination and retaliation from LBPO to me.

In the attached paper "general facts of discrimination and Retaliation from 1997 to 2001) to the motion of consolidate two case in one on 04/28/2006. I complain the facts of discrimination and Retaliation from LBPO to me. It includes fact ⑥ (on page 1) and fact ① (on page )to    *related to Form 3791*
    *related to Wage n work hours*
so the W-2 form and PS 3791 are the basic evidences for my complain. then In my paper "Plaintiff's first set of interrogatories and Requests

1 of 3

for documents "on 12/02/2006. I requested every clerk's W-2 form and Tax statements of LBPO or the annual statistical information of overtime n V time working hours of every clerk of LBPO from 1991 to 2006. and the form 3971 (PS) related to attendance issue by M.G Prehopa. when he worked in LBPO as carrier supervision and the other documents.

All of these reasonal requests was objected by defendant by the defendant's letter to me on 03/08/2007

on 03/28/2007

For my discovery right. I wrote a letter to Judge Katz. I asked Judge Katz to help me to get some information from defendant. I requested again I need the annual statistical information of overtime n V time work hours of every clerks in LBPO from 1991 to 2006 and W-2 Wage form of every clerks from 1991 to 2006. also I asked the 3971 forms n disciplinal issues issued by Mr. G Prehopa to the clerk in LBPO. When Mr G Prehopa was a deliver supervision in LBPO. I sent the copy of this letter to defendant too. In response letter from defendant on 04/06/2007. Mr. M L Schwartz said "the government initially objects to these document ..... We continue to object to any request for W-2 forms to all postal clerks. such information is private, and totally irrelevant to Mr. Sng's claims. which do not concern his salary " Here. Mr Schwartz's sentence is totally wrong. because In case 05 CIV 8132 and the motion of consolidation I claimed the facts of discrimination and Retaliation from LBPO to me that include my salary on Form 3971.

80% of

I also write a letter to Judge Katz on 05/17/2007. I reported the papers as the requested documents from defendant is the duplicate papers. and Mr. Schwartz ployed a very bad game to me and to this court. He did not send any piece of documents of annual statistical information about work hours n wage, insted. He send me more than 400 pieces of dy by dy data of work hours. We can not get right information from these paper to judge the LBPO if they did

2 of 3

discrimination and retaliation in my salary or work hours.

without the original form 3971 or disciplinary issues related to attendance issued by Mr. G prehope to the other clerks in LIBPO, We also con not judge the issue of a Form 3971 or the letter of Warnen from Mr. G prehope to me is a fact of discrimination and retaliation to me or not.

From the reasons above. I make this motion.  /Ben Sy

~~~~~ end ~~~~~

BEN SONG on 07/11/2007
99-30.59 ave. apt 2I Rego Prk
NY 11368.


RS. ① a sample of Zarnings statement (PS Form 1225-B)
     this form had the information of work-hour. O/V Time, and the Wage.
     It's easy to compare each other. every year We get >6 Forms.

   ② a sample of the taxes that the defendant sent to me. it is so complent
      to compare each other.


3 of 3.


PS (1)

| 400 | 35-4820 | B | SONG | | 01696777 | 02 07 | 24816388 |
|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

**DETAIL EARNINGS**

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 05 | 46290 | 110 | W | 3200 | 71215 |
| 2 | P 05 | 46290 | 110 | O | 266 | 8880 |
| 2 | P 05 | 46290 | 110 | N | 14 | 21 |
| 1 | P 05 | 46290 | 110 | V | 114 | 5074 |
| 1 | P 05 | 46290 | 110 | W | 4000 | 89019 |
| 1 | P 05 | 46290 | 110 | O | 545 | 18193 |
| 1 | P 05 | 46290 | 110 | N | 71 | 107 |
| | | | | L | 800 | 17804 |
| | FLSA | | | | 4659 | |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 210313 | 406992 |
| FED TAXM3 | 15812 | 29747 |
| ST TAX IIYM03 | 9039 | 17221 |
| RETIRE 8 | 1424 | 2848 |
| MEDICARE | 2950 | 5718 |
| UN W | 2067 | 4134 |
| IN8D0 | 600 | 1200 |
| HP515 | 6870 | 12618 |
| TSP | 8902 | 17804 |
| SOSEC | 12613 | 24451 |

NET PAY 1500.36

**LEAVE STATUS**

| ANNUAL LEAVE | | |
|---|---|---|
| FROM PREV YR | | 34926 |
| EARNED THIS YR | 600 | |
| | BAL | 35526 |
| USED | YR | |
| THIS | PP | |
| BALANCE | | 50926 |
| SICK LEAVE | | |
| FROM PREV YR | | 17684 |
| EARNED THIS YR | 400 | |
| USED | YR | |
| THIS | PP | |
| BALANCE | | 18084 |
| LEAVE WITHOUT PAY | | |
| THIS PP | | |
| CUMULATIVE | | |
| BOND UNAPPL BAL #ISSUED | | |
| EE | | |
| I | | |
| USPS RETIREMENT | | 2555.97 |



**UNITED STATES POSTAL SERVICE** ®

| Report: | TAC500R3 v1.4 | | Restricted USPS T&A Information | | User ID: KY27T0 |
|---|---|---|---|---|---|

Report: TAC500R3 v1.4  
YrPPWk: 2004-04-2 to 2007-04-2  
Fin. #: 35-4820  

Restricted USPS T&A Information  
LONG BEACH NY  
Employee Everything Report  

User ID: KY27T0  
Date: 02/22/07  
Time: 12:39 PM  
Page: 24

YrPPWk: 2004-04-2  Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 400 / 0000 | | Variable EAS | N | Annual Lv Bal. | 523.72 | FMLA Hrs | 1685.60 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-8387 | | Borrowed | N | Sick Lv Bal. | 128.00 | FMLA Used | 00.00 |
| Employee Name | SONG | B | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 11-0 | 4800 | 5440-00 | P0 | 05 | N | 000000 | 35-4820 | | 2004-04-2 | 2004-04-2 | 08.50 | 17.50 | 1.00 | N | S-MT-TF |

**Processed Clock Rings**

Saturday
Base 05200: 008.29  05300: 000.29
EBR #
| 031-0101 | BT | 01/31 | 08.35 | 35-4820 | 5440-00 | 000000 | | | 00.00 | (W)NonScheduled Begin Tour |
| 000-0000 | OT | 01/31 | 08.50 | 35-4820 | 5440-00 | 000000 | 00.29 XXX-XX-5264 | 02/02 | 06.57 |
| 031-0101 | OL | 01/31 | 12.95 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | IL | 01/31 | 13.81 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | ET | 01/31 | 17.50 | 35-4820 | 5440-00 | 000000 | | | 00.00 |

Monday
Base 05200: 008.28  05300: 000.28
EBR #
| 000-0000 | OT | 02/02 | 08.50 | 35-4820 | 5440-00 | 000000 | 00.28 XXX-XX-5264 | 02/03 | 06.77 |
| 031-0101 | BT | 02/02 | 08.50 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | OL | 02/02 | 12.50 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | IL | 02/02 | 13.50 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | ET | 02/02 | 17.78 | 35-4820 | 5440-00 | 000000 | | | 00.00 (W)NonScheduled End Tour |

Tuesday
Base 05200: 008.10  05300: 000.10
EBR #
| 031-0101 | BT | 02/03 | 08.48 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 000-0000 | OT | 02/03 | 08.50 | 35-4820 | 5440-00 | 000000 | 00.10 XXX-XX-5264 | 02/04 | 06.70 |
| 031-0101 | OL | 02/03 | 12.67 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | IL | 02/03 | 13.69 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | ET | 02/03 | 17.60 | 35-4820 | 5440-00 | 000000 | | | 00.00 (W)NonScheduled End Tour |

Thursday
Base 05200: 008.00
EBR #
| 031-0101 | BT | 02/05 | 08.51 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | OL | 02/05 | 12.75 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | IL | 02/05 | 13.76 | 35-4820 | 5440-00 | 000000 | | | 00.00 |
| 031-0101 | ET | 02/05 | 17.57 | 35-4820 | 5440-00 | 000000 | | | 00.00 |

GOV4291

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

BEN SONG
USPS Clerk

**AFFIRMATION OF SERVICE**

-against-
John E. Potter
Postmaster general
USPS New York area

$\underline{05}$ Civ. $\underline{8132}$ (LAK) (THK)
$\underline{06}$ civ $\underline{904}$ (LAK (THK)
_____X

I, _____ BEN _____ SONG _____, declare under penalty of perjury

that I have served a copy of the attached _the notice of motion to compel._

_____

upon _US assistance attorney Mr. M.L. Schwartz, (Southern District)_
whose address is _86 Chambers, 3rd FL_
_New York, New York 10007_

_____.

DATED: _07/11/2007_, New York

_____, 2007

_Ben Song_
Signature
_99-30. 59 ave apt 2I_
_____
Address
_Rego Park. NY 11368_
_____
City, State & Zip Code